IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DAN GOODRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CV-09-00017-S-BLW |
| | ) | |
| v. | ) | |
| | ) | |
| PAM SONNEN, KEVIN KEMPF, | ) | |
| KIM JONES, JOHANNA SMITH, | ) | |
| J. HARDISON, J. HENRY, | ) | **JUDGMENT** |
| MICHAEL JOHNSON, KIM | ) | |
| SPAULDING, AMY ANDERSON, | ) | |
| J.C. TYON, C/O REYES, | ) | |
| Z. McKNIGHT, LT. GERBER, | ) | |
| TEREMA CARLIN, TODD | ) | |
| MARTIN, TOM McKENZIE, | ) | |
| and C/O CRAWFORD, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based upon the Court's Initial Review Order, and the Memorandum

Decision and Order filed herewith, IT IS HEREBY ORDERED ADJUDGED AND

DECREED that this cause of action is DISMISSED.



DATED:  **May 12, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**